

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street – Suite 1100*
*White Plains, New York 10601*

December 15, 2022

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Taj Everly et al.*, S1 22 Cr. 0550 (VB)

Dear Judge Krause,

In light of today's arrest and presentment of defendant Rosita Rossy in the above-titled matter, the Government respectfully requests that the above-referenced Superseding Indictment be unsealed.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By:   *Kaiya Arroyo*
Kaiya Arroyo / Lindsey Keenan
Assistant United States Attorney
(914) 993-1919 / (212) 637-1535

SO ORDERED.

*Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: December 15, 2022