```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -against-

ROSITA ROSSY,

                  Defendant.

ORDER

No. 22-CR-550-2 (NSR)

IT IS HEREBY ORDERED that the $75,000 appearance bond, which was previously posted to secure defendant Rosita Rossy's release anfd appearance in court in the above captioned case, with all other specified conditions, (ECF Doc No. 20) be exonerated, released and vacated.

IT IS FURTHER HEREBY ORDERED that Rosita Rossy's United States Passport, cell phone and other personal property seized in connection with the above captioned case, be returned/released to her forthwith.

Dated: December 22, 2023
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1